IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER M. COLEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5385 |
| | : | |
| JEH CHARLES JOHNSON, et al. | : | |

### ORDER

AND NOW, this 6th day of October, 2015, upon consideration of the plaintiff's complaint and motion to proceed *in forma pauperis* (Document No. 1), **IT IS ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The complaint is **DISMISSED** for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ GERALD J. PAPPERT
GERALD J. PAPPERT, J.